Craig Alan Hansen, Esq. (Cal. Bar No. 209622)
Law Offices of Craig Hansen
560 S. Winchester Blvd., Suite 500
San Jose, CA 95128
Tel: (408) 571-6300
Fax: (408) 571-6302
Email: craig@craighansenlaw.com

Attorneys for Plaintiff Payoda, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PAYODA, INC., a New York corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PHOTON INFOTECH, INC., a California corporation,<br><br>    Defendant. | **Case No. 5:14-CV-04103-BLF**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO DISMISS UNDER RULE 12(B)(6) AND 12(B)(7)<br><br>Date: March 5, 2015<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Before the Hon. Beth Labson Freeman |

Pursuant to Civil L.R. 6-2(a), counsel hereby make a stipulated request to grant Plaintiff Payoda, Inc. ("Payoda") an additional two weeks to file its Opposition to the pending Motion to Dismiss filed by Defendant Photon Infotech, Inc. ("Photon") and to further grant Photon an additional one week to file its Reply and additional time to file an anti-SLAPP Motion, if necessary. The parties' particular reasons for making this stipulated request are as follows:

1.   Due to the trial schedule of Photon's counsel, Payoda previously granted Photon an additional two weeks to file its response to Payoda's complaint in this matter;

2.   Due to the trial schedule of Payoda's counsel, Photon's counsel wishes to return the professional courtesy by granting Payoda an additional two weeks to files its opposition to Photon's Motion to Dismiss;

3.   While the hearing on Photon's motion was previously set for December 2, 2014

before Hon. Paul S. Grewal, the hearing was continued to March 5, 2014 when the matter was reassigned to Hon. Beth Labson Freeman.  Accordingly, the proposed modification will not materially impair the Court's time to review the parties' Opposition and Reply papers.

4. The California anti-SLAPP statute states that a "special motion may be filed within 60 days of the service of the complaint or, in the court's discretion, at any later time upon terms it deems proper."  Cal. Civ. Proc. Code § 425.16(f) (2014). In light of the issues raised in Photon's Motion to Dismiss and this request for additional time as to the Opposition, the Parties agree that good cause exists to extend the time for Photon to file an anti-SLAPP motion (if any) until December 3, 2014.

Other than the previously described extension of Photon's response deadline, there have been no other previous time modifications in this case.  For the reasons stated above, the requested time modification would have no effect on the schedule for this case.

Dated: November 3, 2014                     LAW OFFICES OF CRAIG HANSEN

                                            By:     /s/ Craig Alan Hansen
                                                    Craig Alan Hansen

                                            Attorney for Plaintiff
                                            PAYODA, INC.

Dated: November 3, 2014                     COMPUTERLAW GROUP LLP

                                            By:     /s/ Christopher Sargent
                                                    Christopher Sargent

                                            Attorneys for Defendant
                                            PHOTON INFOTECH, INC.

### ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Payoda may have until November 19, 2014 to file its Opposition papers.  Photon may have until December 3, 2014 in which to file its Reply and until December 3, 2014 to file its anti-SLAPP motion, if any.

Dated: November 3, 2014

                                            United States District Court Judge