UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAYODA, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PHOTON INFOTECH, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 5:14-cv-04103-BLF <br><br> **ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER, OR IN THE ALTERNATIVE, TO QUASH, UNTIL FURTHER NOTICE** <br><br> **(Re: Docket No. 35)** |

The presiding judge has stayed all discovery in this case until the pleadings are settled and all necessary parties properly served.[1] In light of this stay, the court denies Defendant Photon Infotech, Inc.'s motion for a protective order or in the alternative to quash. Photon Infotech may renew its motion if and when the stay has lifted.

**SO ORDERED.**

Dated: March 25, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 43 at 7.

1

Case No. 5:14-cv-04103-BLF
ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER, OR IN THE ALTERNATIVE, TO QUASH, UNTIL FURTHER NOTICE

United States District Court
For the Northern District of California