UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAYODA, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>PHOTON INFOTECH, INC.,<br><br>        Defendant. | Case No.  14-cv-04103-BLF<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

In light of the March 24, 2015 Order Granting Defendant's Motion to Dismiss With Leave to Amend, ECF 43, the Court finds good cause to continue the Initial Case Management Conference presently scheduled for April 16, 2015. The Initial Case Management Conference is accordingly CONTINUED to **May 14, 2015 at 1:30 p.m.** in Courtroom 3, 5th Floor, San Jose.

**IT IS SO ORDERED.**

Dated: April 3, 2015

_____
BETH LABSON FREEMAN
United States District Judge