UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAYODA, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>PHOTON INFOTECH, INC., et al.,<br><br>        Defendants. | Case No.  14-cv-04103-BLF<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

    The Court has reviewed the parties' Joint Case Management Statement, ECF 51, and finds good cause to CONTINUE the Initial Case Management Conference from May 14, 2015 to **August 13, 2015 at 1:30 p.m.** in Courtroom 3, 5th Floor, San Jose.  The parties shall submit an updated joint case management statement by August 6, 2015.

    To the extent Plaintiff intends to seek leave to conduct limited discovery, that request should be submitted by written motion.

    **IT IS SO ORDERED.**

Dated: May 12, 2015

                                        BETH LABSON FREEMAN
                                        United States District Judge