UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAYODA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHOTON INFOTECH, INC., et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-04103-BLF<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

In light of the Court's order granting defendant Photon Infotech, Inc.'s motion to dismiss and the fact that defendant Photon Infotech Pvt. Ltd. has not yet appeared, the Court finds good cause to CONTINUE the August 13, 2015 Initial Case Management Conference in this case to **September 17, 2015** at 1:30 p.m. in Courtroom 3, 5th Floor, San Jose.

**IT IS SO ORDERED.**

Dated: July 30, 2015

_____
BETH LABSON FREEMAN
United States District Judge