UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAYODA, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>PHOTON INFOTECH, INC., et al.,<br><br>        Defendants. | Case No.  14-cv-04103-BLF<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

In light of the pending motions to dismiss filed by defendant Photon Infotech Private Ltd., the Court finds good cause to CONTINUE the Initial Case Management Conference in this case to **December 17, 2015 11:00 a.m.** in Courtroom 3, 5th Floor, San Jose.

**IT IS SO ORDERED.**

Dated: September 11, 2015

_____
BETH LABSON FREEMAN
United States District Judge